IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JORGE GALLARDO and OLGA PEREZ,<br>　　Plaintiffs,<br><br>and<br><br>DAVID EUGENE BUCHANAN and<br>EVELYN BUCHANAN, Individually<br>And as Next Friends of<br>ADAM BUCHANAN, a Minor,<br>　　Intervenors,<br>vs.<br><br>KENNETH G. MARTIN and<br>D & D EXPRESS, INC.<br>　　Defendants | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. G-98-410 |

## ORDER ALLOWING WITHDRAWAL OF FUNDS
## FROM THE REGISTRY OF THE COURT

On this day came on to be heard ▓▓▓▓▓▓▓ *Ex Parte* Motion to Withdraw Funds from the Registry of the Court, and the Court, upon consideration of the Motion, is of the opinion that the Motion should be, and the same is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of the Court deliver to ▓▓▓▓▓▓▓ the sum of money originally deposited in his behalf, together with all interest accrued thereon, less any administrative fees and sums previously withdrawn, by mailing same to him at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Signed this the ___8th___ day of ___March___, 2007.

_____
SAMUEL B. KENT
JUDGE PRESIDING

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | |
|---|---|
| JORGE GALLARDO and OLGA PEREZ, Plaintiffs, and DAVID EUGENE BUCHANAN and EVELYN BUCHANAN, Individually And as Next Friends of ADAM BUCHANAN, a Minor, Intervenors, vs. KENNETH G. MARTIN and D & D EXPRESS, INC. Defendants | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. G-98-410 |

## ORDER ALLOWING WITHDRAWAL OF FUNDS FROM THE REGISTRY OF THE COURT

On this day came on to be heard ▓▓▓▓▓▓▓▓'s *Ex Parte* Motion to Withdraw Funds from the Registry of the Court, and the Court, upon consideration of the Motion, is of the opinion that the Motion should be, and the same is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of the Court deliver to ▓▓▓▓▓▓▓▓ the sum of money originally deposited in his behalf, together with all interest accrued thereon, less any administrative fees and sums previously withdrawn, by mailing same to him at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Signed this the _____ day of _____, 2007.

_____
SAMUEL B. KENT
JUDGE PRESIDING

